[No. 20639-7-I. Division One. November 28, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JARY RONALD CRUTCHFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-04521-6, Edward Heavey, J., entered June 9, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman, A.C.J., and Swanson, J.

[No. 21585-0-I. Division One. November 28, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS KEITH BARNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-02011-4, Susan R. Agid, J., entered November 8, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 11098-9-II. Division Two. November 29, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK FLORENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 112111R110, Rosanne Buckner, J., entered March 20, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 10546-2-II. Division Two. November 29, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES G. RODE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 86-1-00013-4, Gary W. Velie, J., entered November 7, 1986. *Affirmed* by unpublished per curiam opinion.